IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMIE LEAH HOWARD                                                                                   PLAINTIFF

VS.                                             3:09CV00108 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                          DEFENDANT

## ORDER

Plaintiff's Complaint alleges that she "is a resident of Ripley County, of the Southeastern Division of the Eastern District of Missouri."[1] (Docket entry #2 at ¶2). 42 U.S.C. § 405(g) is clear that venue is proper where the plaintiff resides:

> Any individual, after any final decision of the Commissioner of Social Security made after a hearing to which he was a party, . . . may obtain a review of such decision by a civil action . . . . Such action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business . . . .

*See also Randolph v. Barnhart*, 386 F.3d 835, 836 n.3 (8th Cir. 2004). Accordingly, the Court will direct the Clerk to transfer this case to the Eastern District of Missouri.

IT IS THEREFORE ORDERED THAT this case be IMMEDIATELY TRANSFERRED to the United States District Court for the Eastern District of Missouri.

Dated this 5th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In the unnumbered introductory paragraph of Plaintiff's Complaint, she makes the statement that her "address is P.O. Box 133, Bono, Arkansas, 72416." (Docket entry #2 at 1). While this may be Plaintiff's mailing address, the Court relies on her allegation of residence in evaluating venue under 42 U.S.C. § 405(g).